Charles J. Schmitt, Esq., Bar No. 175349
charlie@fwhb.com
William O. Woodland, Esq., Bar No. 175103
wwoodland@fwhb.com
Renee E. Jensen, Esq., Bar No. 206967
rjensen@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500; Fax: (562) 590-3563

Attorneys for Defendants COUNTY OF RIVERSIDE,
STANLEY SNIFF, JR., and JERRY GUTIERREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL ROMAN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>THE COUNTY OF RIVERSIDE, CALIFORNIA; STANLEY SNIFF, JR.; JERRY GUTIERREZ; RICARDO JESUS RAMIREZ; DOMINIK NICHOLAS LONGO; GERMAN CABANILLAS; JUAN JOSE VARGAS; ANTONIO MARTINEZ; JOSE JUAN VILANUEVA; AND DOES 1-20,<br><br>　　　Defendants. | No. 5:18-cv-2525-JGB (SPx)<br><br>Judge Jesus G. Bernal<br>Riverside, Courtroom 1<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

The Order of this Court filed on July 5, 2019 (Doc. 33) granted Defendants COUNTY OF RIVERSIDE, STANLEY SNIFF, JR., AND JERRY GUTIERREZ's Motion to Dismiss the Second Amended Complaint as to all of Plaintiff's claims against Defendants COUNTY OF RIVERSIDE, STANLEY SNIFF, JR., AND JERRY GUTIERREZ, with leave to amend. Plaintiff was ordered to file an amended complaint, if any, by July 29, 2019. No amended complaint was filed by July 29, 2019.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to Defendants COUNTY OF RIVERSIDE, STANLEY SNIFF, JR., AND JERRY GUTIERREZ.

The Defendants COUNTY OF RIVERSIDE, STANLEY SNIFF, JR., AND JERRY GUTIERREZ are deemed the prevailing parties in this matter.

The Court orders that such judgment be entered.

Dated: August 5, 2019

_____
JESUS G. BERNAL
United States District Judge